UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LESLIE McCOLGIN, on Behalf of Himself and Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLTECH SYSTEMS, INC.,<br><br>*Defendant*. | CASE NO. 3:15-cv-193<br><br><br>COLLECTIVE ACTION |

## NOTICE OF SETTLEMENT

This case has settled.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: /s/ Rex Burch
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
David I. Moulton
Texas Bar No. 24051093
*Attorneys-In-Charge for Plaintiff*
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com

## CERTIFICATE OF CONFERENCE

Scott Fiddler, defendant's lawyer, agrees the case has settled.

/s/ Rex Burch
_____
Richard J. (Rex) Burch

## CERTIFICATE OF SERVICE

I served this document via the Court's ECF System.

/s/ Rex Burch
_____
Richard J. (Rex) Burch