# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | |
|---|---|
| LESLIE McCOLGIN, on Behalf of Himself and Others Similarly Situated, | CASE NO. 3:15-cv-193 |
| v. | COLLECTIVE ACTION |
| ALLTECH SYSTEMS, INC., | |

## JOINT MOTION TO FILE
## SETTLEMENT AGREEMENT UNDER SEAL

Plaintiff Leslie McColgin, on behalf of himself and others similarly situated (collectively, "Plaintiffs"), and Defendant AllTech Systems, Inc. (AllTech) (Plaintiffs and AllTech are referred to collectively as the "Parties"), move to file the Settlement Agreements under seal.

In support of this motion, the Parties state the following:

1. Plaintiff alleges AllTech failed to pay overtime as required by federal law.

2. The Parties engaged in extensive settlement negotiations, which were successful in reaching a settlement.

3. The terms of the settlement, covering the workers, are memorialized in a written Settlement Agreement.

4. The Parties will request the Court approve the terms of the Settlement Agreement.

5. Each Settlement Agreement identifies all persons who are eligible for payments under the Settlement Agreement, the amount of each person's payment under the Settlement

Agreement (subject to certain conditions set forth in the Settlement Agreement being satisfied) and the amount to be paid for reasonable attorneys' fees.

6.  This Court recognizes the need to protect privacy interests of parties and witnesses in this era of electronic case file access. *See, e.g.,* General Order No. 2004-11. Plaintiffs' identities and the amount they are receiving are obviously private information. The Parties believe that to protect the privacy interests of the persons eligible to receive payments under the Settlement Agreements, including the amounts, the Settlement Agreements should be submitted to the Court under seal for *in camera* review and approval.

7.  Any individuals who are eligible to participate will have the right and opportunity to review the entire Settlement Agreement covering their claim if they choose to do so. Thus, every potential plaintiff will be able to fully evaluate the fairness and reasonableness of the applicable Settlement Agreement before deciding whether to participate in the settlement.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: _____
       **/s/ Rex Burch**
       Richard J. (Rex) Burch
       Texas Bar No. 24001807
       SD Tex. No. 21615
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788
(713) 877-8065 Fax
rburch@brucknerburch.com

**COUNSEL FOR PLAINTIFFS**

**AND**

        **FIDDLER & ASSOCIATES, P.C.**

        **/s/ Scott Fiddler**

By: _____
        G. Scott Fiddler
        Texas Bar No. 06957750
        Andrew W. Reed
        Texas Bar No. 24074935
        scott@fiddlerlaw.com
        areed@fiddlerlaw.com
1004 Congress, 2nd Floor
Houston, Texas 77002
(713) 228-0070
(713) 228-0078  Fax

      **COUNSEL FOR DEFENDANT**

### CERTIFICATE OF CONFERENCE

This is a joint motion.

        **/s/ Rex Burch**
        _____
        Richard J. (Rex) Burch

### CERTIFICATE OF SERVICE

On the date stamped above, I served this document on all counsel of record by ECF.

        **/s/ Rex Burch**
        _____
        Richard J. (Rex) Burch