UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LESLIE McCOLGIN, on Behalf of Himself and Others Similarly Situated, | CASE NO. 3:15-cv-193 |
| v. | COLLECTIVE ACTION |
| ALLTECH SYSTEMS, INC., | |

**ORDER GRANTING MOTION TO FILE UNDER SEAL**

The Joint Motion to File Settlement Agreements under Seal is GRANTED.

Signed on _____, 2016 at Galveston, Texas.

_____
**George C. Hanks, Jr.**
**United States District Judge**